| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ANDRE CASTILLO, individually, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC.; and DOES 1–20, inclusive,<br><br>Defendants. | No. 1:19-cv-01013-DAD-JLT<br><br>ORDER RELATING AND REASSIGNING CASE |

On July 25, 2019, defendant Trinity Services Group, Inc. filed a notice of related case, advising the court that this action is related to *Parra v. Trinity Services Group, Inc.*, No. 1:19-cv-00447-DAD-EPG, which is assigned to the undersigned and Magistrate Judge Erica P. Grosjean. (Doc. No. 10.)

The court's review of the record in these cases reveals they are related within the meaning of Local Rule 123, as they involve the similar parties, related questions of law and fact, and would likely entail substantial duplication of labor if heard by different judges. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Erica P. Grosjean will promote efficiency and economy for the court and parties.

/////

1

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that the instant action be reassigned from Magistrate Judge Jennifer L. Thurston to Magistrate Judge Erica P. Grosjean.

Accordingly, documents filed in the above-referenced action shall now bear the following new case number: **1:19-cv-01013-DAD-EPG.**

IT IS SO ORDERED.

Dated: **July 29, 2019**

UNITED STATES DISTRICT JUDGE